KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@atllp.com

*Attorneys for Defendant Omar Gamez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>OMAR GAMEZ, et al.<br><br>        Defendants. | Case No. 2:11-cr-00396-APG-PAL<br><br>**MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL OF RECORD FOR DEFENDANT OMAR GAMEZ AND TO REMOVE ALL ARMSTRONG TEASDALE LLP ATTORNEYS FROM E-SERVICE** |

Kevin R. Stolworthy, Esq. and all Armstrong Teasdale LLP attorneys hereby request that this Court confirm their withdrawal as court-appointed counsel for Defendant Omar Gamez ("Gamez") and to remove all attorneys affiliated with Armstrong Teasdale LLP from the electronic service list for this matter. Grounds for withdrawal are that the Judgment in a Criminal Case against Gamez was entered on January 22, 2014. (ECF No. 250.) Gamez did not elect to file an appeal. As such, undersigned and all Armstrong Teasdale LLP attorneys have no further attorney-client relationship with Gamez, and, therefore, withdrawal as court-appointed counsel is appropriate.

On January 25, 2013, this Court appointed Kevin R. Stolworthy, Esq. of the law firm Armstrong Teasdale LLP to represent Gamez in this matter pursuant to the Criminal Justice Act with a *nunc pro tunc* date of January 24, 2013. (ECF No. 140.) On January 22, 2014, this Court entered its Judgement in a Criminal Case against Gamez. (ECF No. 250.) Gamez did not elect to appeal the Judgment in a Criminal Case. Accordingly, undersigned have long since concluded their representation of Gamez in this matter and move this Court to enter an order confirming their withdrawal as court-appointed counsel of record for Gamez.

In addition, undersigned further requests that all Armstrong Teasdale LLP attorneys, including Kevin R. Stolworthy and the email addresses associated with Armstrong Teasdale LLP attorneys, be removed from the CM/ECF service list.

DATED: February 18, 2025

ARMSTRONG TEASDALE LLP

By: /s/ Kevin R. Stolworthy
KEVIN R. STOLWORTHY, ESQ.
Nevada Bar #2798
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
kstolworthy@atllp.com

*Attorneys for Defendant Omar Gamez*

IT IS SO ORDERED:

Dated: February 20, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE